No. 98–9968. BRANT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9969. COURTNEY *v.* HOLMES, DEPUTY WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–9970. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9971. TATUM *v.* MARYLAND DIVISION OF CORRECTION ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9972. GRIFFIN *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–9973. HIGHTOWER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–9974. DONALDSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9975. DAVIS *v.* SCOTT, FORMER DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9976. HOFFMAN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 98–9977. GREENLEAF *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 98–9978. ENCISO DEL-CARMEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9979. DELEON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9980. FRANKLIN *v.* BILBRAY ET AL.; and FRANKLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 172 F. 3d 56 (first judgment); 165 F. 3d 919 (second judgment).

No. 98–9981. ST. FLEUR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.